UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| MELISSA VASS, | ) ) | |
| Plaintiff, | ) ) | Civil No. 15-95-ART |
| v. | ) ) | |
| GALLO & KAUFMANN, LLC, | ) ) | **JUDGMENT** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Vass moved for default judgment against the defendant for violations of the Fair Debt Collection Practices Act ("FDCPA") and for fraud. R. 13. The Court ordered her to file extra briefing about her actual damages under the FDCPA by April 7, 2016. R. 14. Vass did not do so.

Accordingly, it is **ORDERED** that:

(1) Vass is not awarded actual damages on her FDCPA claim.

(2) As stated in the Court's previous order, R. 14, **JUDGMENT IS ENTERED** in Vass's favor on the FDCPA claims asserted in her complaint in the amount of $5,257.45.

(3) Vass's motion for default judgment, R. 13, is **DENIED** as to her fraud claim.

(4) This is final and appealable.

This the 14th day of April, 2016.

